**Order filed May 24, 2012, Withdrawn, Appeal Reinstated and Order filed June 14, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO.   14-12-00144-CR
_____

**HENRY ONYINYE IWU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1765330**

---

# O R D E R

On May 24, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file appellant's brief. On June 11, 2012, appellant filed a motion to dismiss his appeal.

Accordingly, our order of May 24, 2012, is WITHDRAWN.   The appeal is REINSTATED.

PER CURIAM